### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW HENDRICKS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-07-366-F |
| BRUCE HOWARD, Warden, | ) |
| Defendant. | ) |

### ORDER

Magistrate Judge Doyle W. Argo's Report and Recommendation of April 3, 2007 (doc. no. 7) is before the court. The Report finds that petitioner has sufficient funds to pay the filing fee and recommends that this action be dismissed without prejudice unless the fee is paid within twenty days of any order adopting the Report and Recommendation. The filing fee has now been paid. Accordingly, although the findings and recommendations stated in the Report are **ACCEPTED**, **AFFIRMED**, and **ADOPTED** as correct, the issue regarding the filing fee is now moot. Accordingly, this action is not dismissed, and it remains referred to the magistrate judge for all purposes consistent with the original referral.

Dated this 17th day of April, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0366p002.wpd