# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

|                            |     |                          |
|----------------------------|-----|--------------------------|
| ANDREW HENDRICKS,          | )   |                          |
|                            | )   |                          |
|    Petitioner, | )   |                          |
|                            | )   |                          |
| vs.                        | )   | Case No. CIV-07-0366-F   |
|                            | )   |                          |
| BRUCE HOWARD, Warden,      | )   |                          |
|                            | )   |                          |
|    Respondent. | )   |                          |

## <u>ORDER</u>

This action seeks habeas relief under 28 U.S.C. § 2254.  Petitioner appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Doyle W. Argo entered his Report and Recommendation in this matter on August 23, 2007, recommending that the petition be dismissed as untimely following prompt examination under Rule 4 of the Rules Governing Section 2254 Cases.  (Doc. no. 18.)  Petitioner has filed a timely objection to the Report, objecting generally and specifically to the magistrate judge's recommended findings and conclusions.  (Doc. no. 22.)  Accordingly, the court reviews all issues *de novo*.

After careful study of petitioner's objections, the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations.  The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here.  Accordingly, the August 23, 2007 Report and Recommendation of Magistrate Judge Doyle W. Argo is **ACCEPTED, ADOPTED,**

and **AFFIRMED** in its entirety.   The Petition for a Writ of Habeas Corpus is **DISMISSED** as untimely.

Dated this 31st day of October, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0366p004(pub).wpd